| | |
|---|---|
| 1  Vanessa R. Waldref<br>   United States Attorney<br>2  Eastern District of Washington<br>   Caitlin Baunsgard<br>3  Assistant United States Attorney<br>4  Post Office Box 1494<br>   Spokane, WA 99210-1494<br>5  Telephone: (509) 353-2767 | FILED IN THE<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON<br><br>JAN 04 2022<br><br>SEAN F. McAVOY, CLERK<br>_____ DEPUTY<br>SPOKANE, WASHINGTON |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>     v.<br><br>KOLLIN DEAN MAZUR and<br>DUSTIN MARK ALLEN,<br><br>               Defendants. | **2:22-CR-3-MKD**<br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1),<br>     (b)(1)(C)<br>Distribution of Fentanyl<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

On or about September 12, 2021, in the Eastern District of Washington, the Defendants, KOLLIN DEAN MAZUR and DUSTIN MARK ALLEN, knowingly and intentionally distributed a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants, KOLLIN DEAN MAZUR and DUSTIN MARK ALLEN, shall forfeit to the United States of America, any

INDICTMENT - 1

property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant(s):

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Dated this \_\_\_ day of January 2022.

A TRUE BILL.

*Vanessa Waldref* (signature)
Vanessa R. Waldref
United States Attorney

*Caitlin Baunsgard* (signature)
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 2