FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KOLLIN DEAN MAZUR,<br><br>Defendant. | No. 2:22-CR-0003-MKD-1<br><br>ORDER MODIFYING CONDITIONS OF RELEASE<br><br>**ECF No. 79** |

Before the Court is Defendant's Motion to Modify Conditions of Release. ECF No. 79. Defendant requests that the Court modify Special Condition No. 17, which imposes a no-contact order for potential witnesses, codefendants, and victims, to allow Defendant to contact with Tekiyah Kugler. ECF No. 68. Specifically, Defendant would like to obtain personal possessions in Tekiyah Kugler's custody and to pay child support evidently due to her.

At the time the Court set conditions of release, based on the materials reviewed at the detention hearing, the Court concluded that Defendant should have no contact with Ms. Kugler based on a proffer from the United States that Ms. Kugler is a potential witness in this case. Accordingly, the Court considers any contact between Defendant and Ms. Kugler to be prohibited by Release Condition Number 17 which expressly prohibits "any contact, direct or indirect, with any persons who Defendant would reasonably know are or may become a victim (to include family members of any known victims) or a potential witness in the subject investigation or prosecution." ECF No. 68 at 10. The Court will not remove or modify this restriction.

ORDER MODIFYING CONDITIONS OF RELEASE - 1

The Court will, however, impose an additional condition that addresses Defendant's concerns. Defense counsel (or defense counsel's designee[1]) may permissibly act as a go-between for the limited purpose of collecting Defendant's personal property. Defendant may also utilize the United States Mail to deliver child support payments to Ms. Kugler. All indirect contact with Ms. Kugler shall be limited to the contact specifically authorized in this order and shall not include any contact whatsoever related to this ongoing criminal case or otherwise in violation of Release Condition Number 17.

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 79**. is **GRANTED in part**.

2. The Special Conditions of pretrial release at ECF No. 68 shall be **MODIFIED** to include the following additional special condition:

> **(20)** Defendant shall have no contact, direct or indirect, with Tekiyah Kugler, <u>except</u> defense counsel (or defense counsel's designee) may request and accept Defendant's personal property from Ms. Kugler and deliver it to Defendant. Defendant may also use the United States Mail to deliver Defendant's child support payments to Ms. Kugler. All indirect contact with Ms. Kugler shall be limited to the contact set forth in this release condition shall not include any other direct or indirect contact.

3. All other conditions of pretrial release shall remain in effect.

DATED July 12, 2022.



JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

---

[1] Defense counsel's designee necessarily must not be a percipient witness or other interested party in this case.

ORDER MODIFYING CONDITIONS OF RELEASE - 2