FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KOLLIN DEAN MAZUR, <br><br> Defendant. | No. 2:22-CR-00003-MKD-1 <br><br> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE <br><br> **MOTION GRANTED** <br> **(ECF No. 124)** |

Before the Court is Defendant's Urgent Unopposed Motion to Modify Conditions of Release, **ECF No. 124.** Specifically, the Defendant requests to travel for three days outside of the District to go to Everett and Marysville, Washington to handle matters related to the sudden death of his brother. Defendant recites in his motion that U.S. Probation and the United States are not opposed to the motion. U.S. Probation has instructed Defendant to report to U.S. Probation by telephone daily while out of the District.

The Court finding good cause, **IT IS ORDERED** Defendant's Urgent Unopposed Motion to Modify Conditions of Release, **ECF No. 124,** is **GRANTED**.

Defendant shall be allowed to travel to **Everett and Marysville, Washington upon entry of this Order, today, January 25, 2023, and returning**

ORDER - 1

**on Monday, January 30, 2023, no later than 8:00 p.m.**

Defendant shall strictly comply with the release plan set forth in Defendant's Motion, **ECF No. 124**, which is incorporated herein by reference.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED January 25, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2